■ RAY HAWKINS v. THAYER LINDSLEY et al.— Motion for reargument and to vacate order of this court denied, with $10 costs. Concur—Breitel, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEON PATTERSON.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur—Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.